UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:20-cv-00604

**Sean David Pike,**
*Plaintiff,*
v.
**Roberts River Ridge RV Park,**
*Defendant.*

### ORDER

Plaintiff Sean David Pike filed this civil rights lawsuit pursuant to 42 U.S.C. § 1983 against the Roberts River Ridge RV Park in Longview, Texas. Doc. 1. The case was referred to United States Magistrate Judge K. Nicole Mitchell pursuant to 28 U.S.C. §636(b). Doc. 3.

On November 24, 2020, the magistrate judge issued a report recommending that the lawsuit be dismissed with prejudice for purposes of proceeding in forma pauperis as frivolous and for failure to state a claim upon which relief may be granted. Doc. 6. Plaintiff received a copy of this report on December 12, 2020, but has not filed any objections. Doc. 9.

When no party objects to a magistrate judge's report, the court reviews its findings for clear error, abuse of discretion, and legal conclusions contrary to law. *See Douglass v. United Servs. Auto. Ass'n.*, 79 F.3d 1415, 1420 (5th Cir. 1996) (en banc), *superseded by statute on other grounds*, 28 U.S.C. § 636(b)(1).

Having reviewed the magistrate judge's report, and being satisfied that it contains no clear error, the court **accepts** its findings and recommendation. The court **orders** that the above-styled civil action is **dismissed with prejudice** for purposes of proceeding in forma pauperis.

*So ordered by the court on January 27, 2021.*

J. CAMPBELL BARKER
United States District Judge